Caption: USA v. Gregory DePetro
Date: March 30, 2006
Time: 10:00 A.m.

## CRIMINAL CAUSE FOR CONFERENCE / PLEADING

Hearing Held On: _____

Appearances    Consular Notification _____

Defendant: Gregory DePetro #: 1
✓ Present __ Not Present __ In Custody __ On Bail

Counsel: Jeffrey A. Rabin
✓ Retained __ CJA __ LAS

Defendant: _____ #: ___
__ Present __ Not Present __ In Custody __ On Bail

Counsel: _____
__ Retained __ CJA __ LAS

Defendant: _____ #: ___
__ Present __ Not Present __ In Custody __ On Bail

Counsel: _____
__ Retained __ CJA __ LAS

Defendant: _____ #: ___
__ Present __ Not Present __ In Custody __ On Bail

Counsel: _____
__ Retained __ CJA __ LAS

Government: Burton Ryan
Court Reporter: Tape #06-16 (2102-4718)
Interpreter: _____
Probation: _____
Courtroom Deputy: L. Lundy

✓ Case called.
✓ Counsel for parties present.
__ Case adjourned to

| | |
|---|---|
| ✓ | Defendant(s) __DePetro__ sworn, advised of rights and arraigned. |
| ✓ | Defendant(s) waives trial before the District Court. |
| ✓ | Waiver of Indictment executed for defendant(s) __DePetro__ |
| ___ | Superseding (Indictment / Information) filed for defendant(s) ____ |
| ✓ | Defendant(s) __DePetro__ enters plea of NOT GUILTY. |
| ✓ | Defendant(s) __DePetro__ __withdraws not guilty plea and__ enters plea of GUILTY to count(s) ____ of the (Superseding) Indictment /(Information) |
| ✓ | Court finds factual basis for the plea _and recommends that the District court accept the Plea._ |
| ✓ | Sentencing set for __to be set by Probation__ |
| ✓ | Probation notified. |
| ✓ | Bail set at __1 million dollars unsecured bond.__ |

| | |
|---|---|
| ___ | Defendant(s) ____ continued on bond. |
| ___ | Defendant(s) ____ remanded. |
| ___ | Defendant(s) ____ remain in custody. |
| ___ | Speedy Trial Information for defendant(s) ____ |
| | Code: ____ ; from ____ ; to ____ . |
| ___ | Status Conference set for ____ |
| ___ | Jury Selection and trial scheduled for ____ |
| ___ | Motions made by ____ ; Response by ____ ; Reply by ____ ; |
| | Hearing scheduled for ____ |

NOTES: __Cooperation Agreement marked as Court exhibit 1__